IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| VENACIO SANTILLAN GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. EP-17-CV-00270-PRM |
| § | |
| HECTOR HUGO RENTERIA ARAMBULO and § | |
| TRANSPORTES JYR A&M INTERNACIONAL, § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**COME NOW**, Plaintiff and Defendants in the above-entitled and captioned cause, and pursuant to Federal Rule Civ. P. 41(a)(1)(A)(i ii), submit their Stipulation of Dismissal, and respectfully request that the Court DISMISS all claims by Plaintiff, with prejudice to his right to refile as follows:

1. Plaintiff and Defendants would show that all claims and matters in controversy by and between the parties have been fully settled and compromised. As such, Plaintiff is requesting that all claims and causes of action against all Defendants herein be dismissed, with prejudice to Plaintiff's right to re-file.

2. The parties request that the Court enter an Order of Dismissal and/or Final Judgment as necessary to dismiss of all of Plaintiff's claims, with prejudice.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully pray the Court take notice of the above and foregoing Stipulation of Dismissal, that the Court enter an order

0013463/00156/DVER/1365355

and/or final judgment dismissing all of Plaintiff's claims in the above-entitled and captioned cause, with prejudice to refile, and that the Court grant the parties such other and further relief, general or special, legal or equitable, to which the parties may be entitled.

| Respectfully submitted, | Respectfully submitted, |
| --- | --- |
| **ORTEGA, McGLASHAN, HICKS & PEREZ, PLLC**<br>609 Myrtle Avenue, Suite 100<br>El Paso, Texas 79901<br>Phone: (915) 542-1883<br>Fax: (915) 542-3500 | **MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN, P.C.**<br>P.O. Drawer 1977<br>El Paso, Texas 79999-1977<br>Phone: (915) 532-2000<br>Fax: (915) 541-1597 |
| By: _/s/ Victor J. Bieganowski_<br>**Victor J. Bieganowski**<br>State Bar No. 02301100<br>victorbieganowski@omhplaw.com<br>**Randolph J. Ortega**<br>State Bar No.: 00795570<br>E-Mail: randyortega@omphlaw.com | By: _/s/ Darryl S. Vereen_<br>**Darryl S. Vereen**<br>State Bar No. 00785148<br>vereen@mgmsg.com<br>**Frederick C. Hutterer III**<br>State Bar No. 24100492<br>huttterer@mgmsg.com |
| Attorneys for Plaintiff | Attorneys for Defendant |