IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VENACIO SANTILLAN GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-17-CV-270-PRM |
| HECTOR RENTERIA and TRANSPORTES JYR A&M INTERNACIONAL, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiff Venacio Santillan Gonzalez, Defendant Hector Renteria, and Defendant Transportes JYR A&M Internacional's "Stipulation of Dismissal" (ECF No. 43) [hereinafter "Stipulation"], filed on June 12, 2018, in the above-captioned cause. Therein, the parties agree to voluntarily dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stipulation 1.

Federal Rule of Civil Procedure 41(a)(1)(A) states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Since the Stipulation was signed by all parties who have appeared, the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that Plaintiff Venacio Santillan Gonzalez's claims against Defendants Hector Renteria and Transportes JYR A&M Internacional are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**SIGNED** this **12th day** of **June, 2018.**

_____
 **PHILIP R. MARTINEZ**
 **UNITED STATES DISTRICT JUDGE**