IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |  |
|---|---|---|
| **VENACIO SANTILLAN GONZALEZ,** § § | | |
| Plaintiff, | § § | |
| v. | § § | EP-17-CV-270-PRM |
| **HECTOR RENTERIA and TRANSPORTES JYR A&M INTERNACIONAL,** | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED.**

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **12th** day of **June, 2018**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE